1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  ILA C. DEISS, NY SBN 305290
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, CA 94102-3495
   Telephone: (415) 436-7124
6  Facsimile:  (415) 436-6748

7  Attorneys for Defendant
   United States of America
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11
12 EOWYN CTS. VBB. DE LA VEGA,          )    CASE NO. CV 07 5735 MMC
                                        )
13                Plaintiff,            )
                                        )
14         v.                           )    **NOTICE OF REMOVAL**
                                        )
15 OFFICE OF THE PRESIDENCY OF THE      )
   UNITED STATES OF AMERICA,            )
16                                      )
                  Defendant.            )
17                                      )

18      TO:   Clerk, San Francisco Superior Court
              400 McAllister Street, Room 103
19            San Francisco, California 94102

20            Eowyn Cts. Vbb. De la Vega.
              480 Ellis Street #258
21            San Francisco, California 94102

22      PLEASE TAKE NOTICE that on this day Case No. CGC-07-467034 pending in the San

23 Francisco Superior Court is being removed to the United States District Court for the Northern

24 District of California, pursuant to 28 U.S.C. §§ 1441(a), 1441(b), and 1441(f) on behalf of defendant

25 United States of America. Upon direction by the Attorney General of the United States, the

26 undersigned attorneys hereby present the following facts to the Judges of the United States District

27 Court for the Northern District of California.

28 ///

NTS OF REMOVAL
*De la Vega v. Office of the Presidency*
*of the USA*                            -1-

1. On September 11, 2007 plaintiff Eowyn Cts. De la Vega[1] filed a complaint in the San Francisco Superior Court against the "Office of the Presidency of the United States of America" who are "elected officials, holding office, presidency— since, 1955." The complaint is unintelligible and incomprehensible. Plaintiff seeks $1 billion dollars in damages.

2. On November 2, 2007, the U.S. Attorney's Office learned about this lawsuit when researching plaintiff's other lawsuit, <u>Eowyn Cts. De la Vega v. Bureau of Diplomatic Security</u>, Case No. CGC-07-464542 on the San Francisco Superior Court website. The U.S. Attorney's Office has not been served with a copy of the Summons and Complaint as required by Rule 4, Fed.R.Civ.Proc. Copies of the Summons and Complaint were obtained from the superior court and are attached as Exhibit A. Pursuant to 28 U.S.C. § 1446(a), these documents constitute the only process, pleading, or order which have been obtained from the superior court. There has been no trial in superior court.

3. Removal of this action to the United States District Court is made pursuant to 28 U.S.C. §§ 1441(a), 1441(b), and 1441(f) because plaintiff appears to allege a tort claim against the federal government. The United States of America is the only party who may be sued in a tort action. Original and exclusive jurisdiction lies in a federal forum under 28 U.S.C. § 1331 (civil actions arising under the Constitution, laws or treaties of the United States), and the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, <u>et seq</u>.

///
///
///

---

[1] Plaintiff is also known as:
Eowyn Cts. De la Vega vbb.,
Eowyn, Cts. De la Vega, and
Eowyn Cts. De la Vega.

4. A copy of this Notice is being filed with the Clerk of the San Francisco Superior Court. That filing will automatically effect the removal of the action in its entirety to this Court for all future proceedings.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: November 13, 2007   By: /s/ Ila C. Deiss

ILA C. DEISS
Assistant United States Attorney

NTS OF REMOVAL
*De la Vega v. Office of the Presidency of the USA*                -3-

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
(AVISO AL DEMANDADO): OFFICES of the Presidency of the UNITED STATES OF AMERICA

**YOU ARE BEING SUED BY PLAINTIFF:**
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
EOWYN CTS. de la Vega. vbb.

**FOR COURT USE ONLY**
(SOLO PARA USO DE LA CORTE)

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted puede usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: 400 McAllister Street
(El nombre y dirección de la corte es): San Francisco, CA 94102

CASE NUMBER: CGC-07-467034

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: BATTENBERG
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
AKA EOWYN vbb, CTS. de la Vega
480 Ellis Street #258
San Francisco, CA 94102

DATE: SEP 11 2007    Clerk, by Gordon Park-Li  (Secretario)   Jun Pancio  (Adjunto), Deputy
(Fecha)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served ADMISSIONS DAY. 2.
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☒ on behalf of (specify): actos. Opp. est f. HAZARD₂ E=mc₂
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS


EXHIBIT A

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.
www.USCourtForms.com

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| EOWYN, CTS. de la Vega, vbb, 480 Ellis Street #258, San Francisco, CA 94102 | **FILED** San Francisco County Superior Court SEP 1 1 2007 GORDON PARK-LI, Clerk BY: _____ Deputy Clerk |
| TELEPHONE NO.: | |
| ATTORNEY FOR (Name): in propria persona | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO | |
| STREET ADDRESS: 400 McAllister Street | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: San Francisco, CA 94102 | |
| BRANCH NAME: CIVIL - Treaty CA, REP. 2/9/1850 | |
| CASE NAME: EOWYN, CTS. de la Vega, vbb - (US) Presidency of UNITED STATES, AMERICA | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CGC-07-467034  JUDGE:  DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

    **Auto Tort**
    ☐ Auto (22)
    ☐ Uninsured motorist (46)

    **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
    ☐ Asbestos (04)
    ☐ Product liability (24)
    ☐ Medical malpractice (45)
    ☐ Other PI/PD/WD (23)

    **Non-PI/PD/WD (Other) Tort**
    ☐ Business tort/unfair business practice (07)
    ☐ Civil rights (08)
    ☐ Defamation (13)
    ☐ Fraud (16)
    ☐ Intellectual property (19)
    ☐ Professional negligence (25)
    ☐ Other non-PI/PD/WD tort (35)

    **Employment**
    ☐ Wrongful termination (36)
    ☑ Other employment (15) — es jactos

    **Contract**
    ☐ Breach of contract/warranty (06)
    ☐ Rule 3.740 collections (09)
    ☐ Other collections (09)
    ☐ Insurance coverage (18)
    ☐ Other contract (37)

    **Real Property**
    ☐ Eminent domain/Inverse condemnation (14)
    ☐ Wrongful eviction (33)
    ☐ Other real property (26)

    **Unlawful Detainer**
    ☐ Commercial (31)
    ☐ Residential (32)
    ☐ Drugs (38)

    **Judicial Review**
    ☐ Asset forfeiture (05)
    ☐ Petition re: arbitration award (11)
    ☐ Writ of mandate (02)
    ☐ Other judicial review (39)

    **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
    ☐ Antitrust/Trade regulation (03)
    ☐ Construction defect (10)
    ☐ Mass tort (40)
    ☐ Securities litigation (28)
    ☐ Environmental/Toxic tort (30)
    ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

    **Enforcement of Judgment**
    ☐ Enforcement of judgment (20)

    **Miscellaneous Civil Complaint**
    ☐ RICO (27)
    ☐ Other complaint (not specified above) (42)

    **Miscellaneous Civil Petition**
    ☐ Partnership and corporate governance (21)
    ☐ Other petition (not specified above) (43)

2. This case ☐ is  ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
    a. ☐ Large number of separately represented parties
    b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
    c. ☐ Substantial amount of documentary evidence
    d. ☐ Large number of witnesses
    e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
    f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a.☐ monetary  b.☐ nonmonetary; declaratory or injunctive relief  c.☐ punitive

4. Number of causes of action (specify): COMPLAINT-TO-DEFECTION, DISPATCH' COORESPONDENT

5. This case ☐ is  ☑ is not  a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.) ICH DIEN-

Date: ADMISSIONS DAY, September 9, 2007

EOWYN, CTS. de la Vega-vbb              ▶ Eowyn CTS de la Vega vbb
(TYPE OR PRINT NAME)                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): EOWYN, CTS. de la Vega-vbb- 480 Ellis Street #258 San Francisco, CA 94102 TELEPHONE NO: N/A   FAX NO. (Optional): E-MAIL ADDRESS (Optional): N/A ATTORNEY FOR (Name): in propria persona | FOR COURT USE ONLY FILED San Francisco County Superior Court SEP 11 2007 GORDON PARK-LI, Clerk BY: _____ Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: San Francisco, CA 94102
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: CIVIL-Treaty CALIF.REP. 9/9/1850

PLAINTIFF: EOWYN, CTS.de la Vega.vbb.
DEFENDANT: Offices of The Presidency of The United States of America
☐ DOES 1 TO

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED (Number):
Type (check all that apply):
☐ MOTOR VEHICLE  ☑ OTHER (specify):
☑ Property Damage  ☑ Wrongful Death  Treaty CA.REP.
☑ Personal Injury  ☑ Other Damages (specify): E=mc²

CASE MANAGEMENT CONFERENCE SET
FEB 08 2008 -9:00 AM
DEPARTMENT 212
SUMMONS ISSUED

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded ☐ does not exceed $10,000
                  ☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER: CGC-07-467034

1. Plaintiff (name or names): EOWYN vbb-CTS.de la Vega- f/k/a BATTENBERG
   alleges causes of action against defendant (name or names): elected officials, holding office, Presidency— since, 1955.
2. This pleading, including attachments and exhibits, consists of the following number of pages: (8)
3. Each plaintiff named above is a competent adult  f/k/f default, E=mc² g. F.P. of/e
   a. ☐ except plaintiff (name):   counter-espionage f
     (1) ☐ a corporation qualified to do business in California  Presidency. f.E f=fp
     (2) ☐ an unincorporated entity (describe):
     (3) ☐ a public entity (describe):
     (4) ☐ a minor ☐ an adult
       (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
       (b) ☐ other (specify):
     (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
     (1) ☐ a corporation qualified to do business in California
     (2) ☐ an unincorporated entity (describe):
     (3) ☐ a public entity (describe):
     (4) ☐ a minor ☐ an adult
       (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
       (b) ☐ other (specify):
     (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

SHORT TITLE: *DEFECTION - DISPATCH - COORESPONDENT*
*EDWYN, CTS-de la Vega. vbb - US presidency*
*UNITED STATES OF AMERICA*

CASE NUMBER:

4. ☑ Plaintiff (name): ADOPT. CLOAK - 1951 - von Gustafson (GARBO.vr.)
   is doing business under the fictitious name (specify): *Victoria Beatrice BLACK, cloak-adopt, 1955 CA, ♀ ⎯ 1957 EVB Ⓖ MASS. ♀ ⎯ 7C*
   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☑ a public entity (describe): *President*
      (5) ☑ other (specify): *rancher, known:*
      *MR. BURGER KING, defiler of CALIF. clean, sea-breeze,*
      *also: MR. HOMELESS-MAKER ⎯ a ⎯ racial profiler.*

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names): *default, actor*
   *App - GENEVA ⎯ These "CODES... section 382"*
   *must be same as challenged CLOAK. ADOPT, 1951, 55 ⎯ 9/ℓ β*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.  *ICH DIEN.*
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☑ other (specify): *2 BREAK - STUDIO - TORTURE (SP) RTAeric Borden Ⓔ Ⓒ Viol-Tite Hours - WBB a KIDNAP. crown-Victoria - Homelessness, POGROM - 20yr-devorce-custody*

9. ☑ Plaintiff is required to comply with a claims statute, and *filed on my birthday - of*
   a. ☐ has complied with applicable claims statutes, or  *DISCOVERY*
   b. ☑ is excused from complying because (specify): *of MASSIVE ABUSES OF*
   *WRITS OF HABEAS CORPUS ⎯ n " RAPE, ASSAULT*
   *BATTERY esp. by security forces, elected officials USA*

PLD-PI-001

SHORT TITLE: DEFECTION - DISPATCH - COORESPONDENT
EOWYN, Cts. de la Vega. vbb. (w) off.
Presidency UNITED STATES AMERICA

CASE NUMBER:

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☑ Motor Vehicle
   b. ☑ General Negligence
   c. ☑ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other (specify):

follows reworks & notations due TS- a PRODIGY, opp. the Manhattan Project, TRINITY, is plaintiff, petitioner to DEFECTION = e op aq — WAR of & genocide, SACS/al en/seo/ gvt — gt of h e mg ty/en/a Los Alamos · foam. (18) colobrus machines - more $1. billion - now.

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☑ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage (specify):
   insanity fue/s, tsarina, residences (4) SHAING-TL AKA plaintiff @ the BRAIN of au 33° CIA trained MUELLER in codes,

plaintiff: Tesseer officer, now = BIDS, U$A. defendant, discuss further allegations of DISPATCH · Coorespondents demo = MUELLER of indoctrinal forecasts.

12. ☑ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12. violations TREATY CALIF. REP. 9/9/1850
   b. ☑ as follows: Signed = ZORRO, Diego de la Vega. I am his HEIR, 10 BATH ST. casa adobe sud, bearer of the great Seal - CA. REP. DEPRIVED my (FAM) (NAT) habitat, employ- Ernoz : HENS, Hoffman: A., DURER 1512 "2 squirrels @ acorns" CC: Peoples Republic of CHINA, UN Sec. Coun. - Oh, nymp' a SC - SPAT (12) cards in mine. Foam. "ISN'T ANYONE GOING

13. The relief sought in this complaint is within the jurisdiction of this court. TO HELP US?" Infamous (E)(C) viol. Due spoken word. Cardiff - def. further seeks to placate (AMZD) POGROM.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages  2 PINES, to DEFECTION processes. 2 yrs.
      (2) ☑ punitive damages  HARVEST, near-extinction de la Vega CA. STAND
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):  PIGEONS
      (1) ☑ according to proof  2 PROOF, re. Pres. USA - defaults = employ.
      (2) ☐ in the amount of: $ 1,000,000,000 —

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers): Advise and Consent pour AS, AS, My officers of the presidency USA le- CLINTON (120 x strip-searched) and George W. Bush - eq 5750 BOGUS 3/06/03 Iraqui War declared-

Date: ADMISSIONS DAY, 9/9/2-007
EOWYN, Cts-de la Vega. vbb-
9/11/2-007  (TYPE OR PRINT NAME)

Eowyn Cts. de la Vega-vbb-
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Page 3 of 3

MC-031

PLAINTIFF/PETITIONER: EOWYN, Crs. de la Vega. vbb.
DEFENDANT/RESPONDENT: Offices of The Presidency - USA
CASE NUMBER:

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

To draw your own conclusions, is your expertise, not your right. This brief is herein: COMPLAINT to DEFECTION, in which the offices of the Presidency, America — is named, as COORESPONDENT... These offices ie. since 1955, IKE → Wm. Jefferson Clinton → Geo. W. Bush, (Richard Nixon, Ronald Reagan, Jimmy Carter) et al... have atrociously RENT-CLOAK-ADOPT. CA-1955, MASS-1951, von Gustafson — BLACK; of plaintiff an a PRODIGY, cp. TRINITY & jacks ie. 2 BREAKS. my TS. a 'focus' p52 DISPLAY, DISTURBED 2005. HAG — the purple lake as HORRIFIC IMPOVERISHMENT, indicates: ICH DIEN — DISEASE, DECAY ⓞ ⓒ MAY/S HARVEST-POGROM; PRESENSE, ACTIVITY as to 5750 indicate STUDIO-DISPLACE. refer: plaintiff au a D psychoanalyst (A. Freud-Vienna); also, au a genetic-replicator-help c serum, mino r2' Rx HIV... is duly denied America for grotesque lifelong SLAVERY = Ⓔ Ⓒ patent viol. 1961 my autobody descrps to suit 6-cylinder engine, indicates CRIMINAL CHILD ABUSE (trae banner 84-89)... Ⓔ Ⓒ viol: THE HOURS. EVBBa @ The New Yorker; CRASS DISPOSSESION of Reputation ie 'MR. Anastasio' @ Los Alamos Nat'l LABS; as THEFT a letters to my children, stolen (LBS) stefani... FIND attached ID. papers as are required to signal DEFECTION in Petition @ U.N. secty-gen-off-ce.: Peoples Republic of CHINA pour my residences (4) SHAING-HI, BO KLETO - 1955.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/7/007    ICH DIEN. Shaing - HC. BO,19S. (UBSHT) (SP) (R7) BORDEN

Eowyn, Crs. de la Vega. vbb.
(TYPE OR PRINT NAME)

Eowyn, Crs. de la Vega. VBB.
(SIGNATURE OF DECLARANT)

jactos, foam, JF. HAZARD
es officer, b. 2/26/57
@ BUCK P. the BRANSfield

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com






ICH DIEN, BO KLEID. + 1951.
The balmoral gray.



```
NUMBER OF APPOINTMENTS: 01
  REQUESTED TIME- 1540        TASK: DL     OFFICE- 503
  CUSTOMER NAME-(L)- BOWYN    DATE- 010407
  TELEPHONE: ( 415 ) 202 - 9800     (F)-                        (MI)-
                                      DL/ID #-

ITEM   DATE     TIME    STA    STATION COMMENTS
A  01) 010407   1540    DL1    REPORT THROUGH NORTH ENTRANCE

APP1  APP A DKL P GAPP2 PCVS 50336234 197 GAPP1        0 122806 1327 VDAP
                    *** A P P O I N T M E N T   R E S P O N S E ***

COMMENTS-
         FINGERPRINTS/VERIFICATIONS SEE OFFICE INFO
OFFICE: SAN FRANCISCO USA ID. Processes: AS, AS-Mo/a
ADDRESS: 1377 FELL ST                         CITY: SAN FRANCISCO
ENTER
A032 - INQUIRY/DELETE-PF1              ENTER/CONTINUE-PF3
       END OF REQUESTED INFORMATION
                                                  RESTART      CANCEL
```

Handwritten notes:
- 1-04-07 Thurs 3:40 pm
- Minis of the World *REFLECTION ARTIFACT* ICH DIEN
- & no performing CA ID allowed "a factor." ID. renewal
- I was unable to keep this appt due Concussion — I will Proof SSI must renew ID RE 2/20/07 in my birthday i.e. As, As-Moi'a ADDRESS
- I will await your Instructions
- Baker Broderich
- 8am 5pm
- 800-777-0133
- please sign ID — DMV — Eowyn V.B.B.
- 55 Irai 84 89

NC-130

**PETITIONER OR ATTORNEY** (Name, state bar number, and address):
Victoria B. Black
1001 Polk Street
San Fran, Ca 94108
TELEPHONE NO.: 292-2180
FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

THE ANNEXED INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE
ATTEST: CERTIFIED
MAR 2 - 2001
GORDON PARK-LI, Clerk
San Francisco County Superior Court
By: ALBERTA ECHEVERRIA, Deputy Clerk

**FOR COURT USE ONLY**
FILED
San Francisco County Superior Court
MAR 2 - 2001
GORDON PARK-LI, Clerk
BY: _____ Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: San Francisco, Ca.
CITY AND ZIP CODE: 94102
BRANCH NAME:

**PETITION OF** (Names of each petitioners):
Victoria Beatrice Black
FOR CHANGE OF NAME

**DECREE CHANGING NAME**

CASE NUMBER: 316961

1. The petition came regularly for hearing on (date): 02/26/01  in Courtroom: 218 of the above-entitled court.

**THE COURT FINDS**

2. a. All notices required by law have been given.
   b. Each person whose name is to be changed identified in Item 3 below
      (1) [✓] is not [ ] is under the jurisdiction of the Department of Corrections, and
      (2) [✓] is not [ ] is required to register as a sex offender under section 290 of the Penal Code.
      These determinations were made [ ] by using CLETS/CJIS [·] based on information provided to the clerk of the court by a local law enforcement agency.
   c. [✓] No objections to the proposed change of name were made.
   d. [ ] Objections to the proposed change of name were made by (name): _____
   e. It appears to the satisfaction of the court that all the allegations in the petition are true and sufficient and that the petition should be granted.
   f. [ ] Other findings (if any):

**THE COURT ORDERS**

3. The name of

   | Present name | | New name |
   a. Victoria Beatrice Black    is changed to    Eowyn
   b. _____ is changed to _____
   c. _____ is changed to _____
   d. _____ is changed to _____
   e. _____ is changed to _____

   [ ] Additional name changes are listed on Attachment 3.

Date: 02/26/01

[SEAL: SUPERIOR COURT CITY & COUNTY OF SAN FRANCISCO, CAL.]

_Loretta M. Giorgi_
JUDGE OF THE SUPERIOR COURT
[ ] SIGNATURE OF JUDGE FOLLOWS LAST ATTACHMENT

Adopted for Mandatory Use
Judicial Council of California
NC-130 [New January 1, 2001]

DECREE CHANGING NAME
(Change of Name)

Code of Civil Procedure, §§ 1275, 1279

NC-6

~~SF~~ 2. foam.
  2)

This page to indicate - S.C.W. du Rothschild, -es
~~SF₂~~ TASS. Pioneer ₹ plaintiff a scientist-factor.
Geneva --- Opp. E=mc₂ Albert Einstein @ Princeton,
Harvard 1957-57; has filed @ SF₂ CA₂ Courthouse,
COMPLAINT to DEFECTION: CGC-07-466746 vs.
Secty-gen. off. U.N. $500,000,000 USA @ (4)
COMPLAINTS - COORESPONDENTS to DEFECTION,@
$500,000,000 USA ea. re. CGC-07-466853 vs.
GWEN STEFANI, CGC-07-466857 vs. 10 DOWNING ST.,
CGC-07-466856 vs. VATICAN, CGC-07-466858
vs. FORD MOTOR CO. RELATED class-action CIVIL suits
@ SF₂ COURTHOUSE, bring the SUM-TOTAL of 2 FINES
(SP) (ETA) 2 BREAK "CRIMES AGAINST AN 2 former
SCIENTIST... PUNISHED BY DEATH" to (as listed):
CGC-07-464542      $2,805,007,500 USA
    464499
    464019
    464977
    465569
    465718
    465720
    465848
This CLAIM = 2 FINES = $1. billion USA
ALLOWS TOTAL = $3,805,007,500 USA
An a DISPATCH to DEFECTION
COMPLAINT: COORESPONDENTS
include, herein: [CONTACT] @ U.N.
Angelina JOIE, BOB LURIE
SUPE CHRIS DALY, GAVIN NEWSOME
Arnold Schwarzenegger (his WIFE)
Dick Cheney, Condoleezza RICE,
Beatrice Maude Jourhin (FAM)
for "CRIMES against a Scientist...        EVBB 2
Punished by DEATH" ic. AS.AS. foam.

~~AF~~ 2/ foam.

This page, Security Page: Treatise - Complaint to DEFECTION; as filed against defendant(s) known COORESPONDENT, within: DISPATCH to DEFECTION COMPLAINT... that defendant(s) are hereby charged the "CRIMES AGAINST AN atomic scientist" (Opp E=mc₂ ADVANCED STUDIES. jactos)..." PUNISHED BY DEATH." BO-BCD.

[shorthand script] MT cccveuts / pres.

~~PUBSHD~~ placed "security locks" 2005, on these 6-cylinder auto body designs. mine. despite ⓔ-ⓒ a patent violations. foam-1961, Oakview, Ct.-pour Kissinger @ Bohemian Grove 1983, Mohammed ATTA, London STUDIO '68 ~~HMZID~~... cont'd reliance on false peerage: PoW S.C.N. he R. BATTENBERG 9/11 as to place this a plaintiff to DEFECTION... a 'emminent peril' of HER LIFE. ~~police~~ RAPE.

[shorthand] WAYNE
[shorthand]
[shorthand] Marie Curie [shorthand]
Mao Tse Tung, 1957-59 [shorthand]
[shorthand] goodwill ambassadors [shorthand]
[shorthand]                                    image'z

MY FILES ~~as es~~ BATTENBERG BOOKS, Lizabetta Guadalupe de Lafayette de la Vega
TASS. BOXLEIDS - 10 BATH ST - desire EVBB a
no longer avail. to America.                .1850.
                                   DEFECTION EMMINENT.

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Eowyn vbb. Cts. de la Vega<br>480 Ellis Street #298<br>San Francisco, CA 94102<br>TELEPHONE NO.: N/A  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): in propia persona | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: CIVIL - Treaty 9/9/1850 CA. REP.

PLAINTIFF/PETITIONER: Eowyn vbb. Cts. de la Vega
DEFENDANT/RESPONDENT: Offices of Presidency United States America

a DISK  E=mc2  DECLARATION courthouse, exhibit

CASE NUMBER:

this declaration is an a DISK. ∮∂ε
∫=e∫ a PROOF. jactos. ADVANCED STUDIES,
ref: The Manhattan Project. Opp. 1951-54.
wherein I am indicating, by USEAGE = Case
Mgnt. Statement ... that, ethics, in con-
stitutional law, lateral: a scientist,
by priviledge of Advise and Consent...
has established that lawsuits wherein
plaintiff is advise and consent, in
propia persona ... PROOF of SERVICE is
always acceptable as is presented by a plaintiff: TS.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: ADMISSIONS DAY, 2.007

Eowyn v.bb. de la Vega                Eowyn VBB Cts. de la Vega
(TYPE OR PRINT NAME)                  (SIGNATURE OF DECLARANT)

Ⓔ-Ⓒ EVBBa. jactos.
HAZARD, PF - es. foam.

☐ Attorney for ☒ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):  9/11/2.007

a (symbol) atomic ~~Ff₂~~ HAZARD chef₂    EVBIB a
                        BATTENBERG.        8/03/2007

Moi a Cks. de la Vega, EOWYN. ICH DIEN.

; actos, Opp. foam. 1954 a 'focus.' foam. more.
                                    500 'windows
I BREAK (SP) BORDEN.               500. p.
  p 52 Display, Disturbed.         500 se.
  2005 HAG 'the purple lake'
  ~~placebo~~ EXHIBIT issued 3/12/06 COSTCO
                                        SF CA

NOTICE — as regards CIVIL-law SUIT:
          ‡

────────────────────────

PROOF of SERVICE... is not a contest,
when defendant(s) are sued by an a
scientist: ADVANCED STUDIES. Opp.
That, CIVIL-LAW forms (bifurcation
occurs) are adjustable to an a scientist's
needs... by the a scientist in propria
persona... AS LEGITIMATE CAUSE = ethics,
to SERVICE by Advise and Consent. Opp.
the Manhattan Project; due — 'delivery'
@ epicenter... is an actual phenomena
not contestable; by PROOF, or, SERVICE...