SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney
ILA DEISS (NYSBN 3052909)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7124
Fax: (415) 436-7169
Email: ila.deiss@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EOWYN, CTS. DE LA VEGA, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE PRESIDENCY, <br><br> Defendant. | Nos. C 07-5735 MMC <br><br> Related to :   C 07-3619 WHA <br>                       C 07-0062 WHA <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> (Local Rule 3-12, Local Rule 7-11) |

Pursuant to Local Rules 3-12 and 7-11, the federal defendant is specially appearing[1] to file this Administrative Motion for the Court to consider whether the new complaint in *De La Vega v. Office of the Presidency,* C 07-5735 MMC is related to Plaintiff's earlier cases, *De la Vega v. Department of Public Health, et al.*, C 07-0062 WHA and *De la Vega v. Bureau of Diplomatic Security, et al.*, C07-3619 WHA.[2]

---

[1] Plaintiff has not complied with Rule 4, Fed. R. of Civ. Proc.

[2] This motion is not accompanied by a stipulation because plaintiff is appearing *pro se*, because she has continued to attempt to file cases against federal defendants in state court, and because the complaints and other documents are incomprehensible. *See* discussion below.

Admin. Mtn to Relate Cases
C 07-5735 MMC, C07-3619 WHA
and C 07-0062 WHA                      1

1  This motion is based on this memorandum, the Declaration of Ila C. Deiss, and the
2  pleadings on file herein.

**A.  Plaintiff's Prior Cases against the Federal Government**

*Pro se* plaintiff Eowyn, Cts. de la Vega's first Complaint alleged that the Department of Public Health and the Drug Enforcement Administration have intimidated, harassed and sexually abused her, placed her under surveillance and, "plundered" her social security number, public health records and the birth certificates of her children resulting in her "atomic breakage." *See Eowyn, Cts. De la Vega v. Department of Public Health, et al.*, C 07-0062 WHA.

Plaintiff's second Complaint was related to Plaintiff's first Complaint. In her second Complaint she sought damages from the Bureau of Diplomatic Security, San Francisco Field Office, U.S. State Department ("BDS"), alleging that defendant "is responsible for grave bodily, emotional harm caused to me, by its failures to remedy (sp) Borden." *See De la Vega v. Bureau of Diplomatic Security*, C 07-3619 WHA.

These actions were related and dismissed with prejudice upon motion by the Government. *Eowyn v. Department of Public Health*, Slip Copy, 2007 WL 601978 (N.D.Cal. Feb. 22, 2007); *De la Vega v. Bureau of Diplomatic Security*, Slip Copy, 2007 WL 2900496 (N.D.Cal., Oct. 1, 2007). *See* Declaration of Ila C. Deiss (Deiss Decl.), Exh. A.

**B.  Plaintiff's Current Case**

On September 11, 2007 plaintiff filed another complaint in the Small Claims Division of the San Francisco Superior Court. In this complaint she seeks $1 billion dollars in damages. The Complaint is against the "Office of the Presidency of the United States of America" who are "elected officials, holding office, presidency - since 1955" and is generally incomprehensible. *See* Deiss Decl., Exh. B (November 13, 2007 Notice of Removal).

**C.  The cases should be related under L.R. 3-12.**

This is the third case in which plaintiff has attempted to sue a federal agency. The nature of the allegations are substantially similar in that they are both are incomprehensible combination of words and symbols that do not set out any cogent set of facts or legal theory. The Court has

1  already reviewed the earlier action and dismissed it without leave to amend.  Because the Court
2  is familiar with the procedural posture and allegations of each of these cases, it appears likely
3  that there would be an unduly burdensome duplication of labor and expense if this case is not
4  related to the earlier case.  The criteria of Local Rule 3-12 are satisfied and defendant requests
5  that this case be related to *De la Vega v. Department of Public Health, et al.*, C 07-0062 WHA
6  and *De la Vega v. Bureau of Diplomatic Security, et al.*, C07-3619 WHA.  The Government
7  intends to ask that a third Complaint, *De la Vega v. Bureau of Diplomatic Security*, C 07-5734
8  JL, also removed on November 13, 2007 to this Court, be related.  The Government further
9  intends to file motions to dismiss these actions.
10         Pursuant to Local Rule 3-12, the United States is lodging a copy of this Motion and the
11 Declaration of Ila C. Deiss with the chambers for the Honorable William Alsup.

                                Respectfully submitted,

                                SCOTT N. SCHOOLS
                                United States Attorney

DATED: November 20, 2007    By:    /S/_____
                                ILA DEISS
                                Assistant United States Attorney

# CERTIFICATE OF SERVICE

**<u>De La Vega v. Office of the Presidency</u>**
**C07-5735 MMC Related to C07-3619 WHA & C07-0062 WHA**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

| | |
|---|---|
| _X_ | FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice. |
| ____ | CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice. |
| ____ | PERSONAL SERVICE (BY MESSENGER) |
| ____ | FEDERAL EXPRESS via Priority Overnight |
| ____ | EMAIL |
| ____ | FACSIMILE (FAX) |

to the party(ies) addressed as follows:

Eowyn Cts. de la Vega, Pro Se
480 Ellis Street #258
San Francisco, CA 94102
PH: 415.202.9800

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this November 20, 2007 at San Francisco, California.

                          /s/
                          LILY HO-VUONG
                          Legal Assistant