UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EOWYN, CTS. DE LA VEGA<br><br>          Plaintiff,<br><br>   v.<br><br>OFFICE OF THE PRESIDENCY,<br><br>          Defendant. | No. C 07-5735 MMC<br><br>Related to :   C 07-3619 WHA<br>                    C 07-0062 WHA<br><br>**[PROPOSED] RELATED CASE ORDER**<br><br>(Local Rule 3-12, Local Rule 7-11) |

This matter having come before the Court on the Government's Administrative Motion to Consider Whether Cases Can Be Related, the Court finds that *De La Vega v. Office of the Presidency, C 07-5735 MMC*, is related to Plaintiff's earlier cases, *De la Vega v. Bureau of Diplomatic Security, et al.*, C07-3619 WHA and *De la Vega v. Department of Public Health, et al.*, C 07-0062 WHA.

All future filings are to bear the initials WHA immediately after the case number. All matters presently scheduled for hearing in the reassigned case is vacated and must be re-noticed for hearing before the undersigned

    IT IS SO ORDERED.

DATED: November ____, 2007

                                                                 WILLIAM ALSUP<br>
                                                                 United States District Judge

# CERTIFICATE OF SERVICE

### De La Vega v. Office of the Presidency
### C07-5735 MMC Related to C07-3619 WHA & C07-0062 WHA

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**[PROPOSED] RELATED CASE ORDER**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__   FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   PERSONAL SERVICE (BY MESSENGER)

____   FEDERAL EXPRESS via Priority Overnight

____   EMAIL

____   FACSIMILE (FAX)

to the party(ies) addressed as follows:

Eowyn Cts. de la Vega, Pro Se
480 Ellis Street #258
San Francisco, CA 94102
PH: 415.202.9800

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this November 20, 2007 at San Francisco, California.

_____/s/_____
LILY HO-VUONG
Legal Assistant