IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EOWYN CTS VBB DE LA VEGA,

Plaintiff,

v.

OFFICE OF THE PRESIDENCY OF THE
UNITED STATES OF AMERICA

Defendant.
/

No. C 07-05735 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE