UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOWYN CTS VBB DE LA VEGA,<br><br>        Plaintiff,<br><br>  v.<br><br>OFFICE OF THE PRESIDENCY et al,<br><br>        Defendant. | Case Number: CV07-05735 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eowyn Cts. Vbb. De La Vega
480 Ellis Street
Suite #258
San Francisco, CA 94102

Dated: December 3, 2007

                                        Richard W. Wieking, Clerk
                                        By: Dawn Toland, Deputy Clerk